# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JUSTIN RIDENOUR,

                                   :

         Petitioner,                          Case No. 3:05-cv-264

                                   :          District Judge Walter Herbert Rice

     -vs-                                    Chief Magistrate Judge Michael R. Merz

TIM BRUNSMAN, Warden,

                                   :

         Respondent.

---

## ORDER DISSOLVING STAY OF THIS CASE AND DIRECTING FURTHER PROCEEDINGS

---

On March 7, 2006, this Court stayed these proceedings pending the outcome of Petitioner's Application for Delayed Reopening under Ohio App. R. 26(B)(Doc. No. 11).  On August 23, 2006, the Ohio Supreme Court denied Petitioner's request to appeal from denial of that Application in the Miami County Court of Appeals.  *State v. Ridenour*, Ohio Sup. Ct. Case No. 2006-1020. Petitioner's state court remedies having been exhausted, the stay of these proceedings is DISSOLVED.

Both parties to this case shall advise the Court in writing not later than September 10, 2006, whether they desire to file any additional memoranda before the Court proceeds to decide this matter.

August 29, 2006.

                                 s/ Michael R. Merz
                               Chief United States Magistrate Judge